ORDERED, ADJUDGED and DECREED that this action be, and hereby is, dismissed.

**SKF USA, INC, SKF France S.A., and Sarma, Plaintiffs,**

v.

**UNITED STATES, Defendant,**

and

**Timken U.S. Corporation, Defendant–Intervenor.**

Slip Op. 08–04.
Court No. 03–00490.

United States Court of International Trade.

Jan. 14, 2008.

### JUDGMENT IN CONFORMITY WITH MANDATE

WALLACH, Judge.

The United States Court of Appeals for the Federal Circuit having issued a mandate on 13 November 2007, in *SKF USA, Inc. v. United States,* Appeal No. 07–1039, vacating this court's decision at Slip Op. 06–133 (September 1, 2006), it is hereby

ORDERED ADJUDGED AND DECREED that the above entitled case be and hereby is DISMISSED as moot.